# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20005

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Associate Editor | Public Contract Law Journal |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | General Electric Co. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| **Wolski, Victor J.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. YUM Common Stock | A | Dividend | J | T | | | | | |
| 2. U.S. Senate F.C.U. Accounts | B | Int./Div. | M | T | | | | | |
| 3. Fidelity Joint Brokerage Account (H) | | | | | | | | | |
| 4. - Fidelity cash account | A | Interest | J | T | | | | | |
| 5. - PIMCO Emerging Markets Bond Fund D5 (PEMDX) (X) | | | | | Sold | 07/11/16 | J | A | |
| 6. - Fidelity NASDAQ Comp Index (FNCMX) | A | Dividend | J | T | | | | | |
| 7. - USAA Virginia Bond Adviser Cl (UVABX) | A | Dividend | | | Sold | 07/11/16 | J | A | |
| 8. - Fidelity Intl Cap Apprec Fund (FIVFX) | A | Dividend | | | Sold | 07/08/16 | J | A | |
| 9. - Fidelity Blue Chip Growth (FBGRX) | | | | | Sold | 07/08/16 | J | A | |
| 10. - Fidelity Small Cap Growth (FCPGX) | | | | | Sold | 07/08/16 | J | A | |
| 11. - Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |
| 12. - General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 13. - Fidelity Total Mkt Prem Class (FSTVX) | C | Dividend | M | T | Buy | 07/11/16 | M | | |
| 14. - Fidelity Emrg Markets Index Prem (FPMAX) | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 15. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 16. - FMI Intl (FMIJX) | B | Dividend | L | T | Buy | 07/11/16 | L | | |
| 17. - Fidelity US Bond Index Prem Class (FSITX) | B | Dividend | M | T | Buy | 07/11/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dreyfus Municipal Bond Fund (DRTAX) | B | Dividend | M | T | Buy | 07/11/16 | M | | |
| 19. - Anheuser-Busch InBev (BUD) | | | J | T | Buy | 11/18/16 | J | | |
| 20. - Pepsico, Inc (PEP) | | | J | T | Buy | 11/18/16 | J | | |
| 21. Schwab Rollover IRA #1 (H) | | | | | | | | | |
| 22. - Schwab Government Money Fund (SWGXX) | A | Interest | J | T | | | | | |
| 23. - DoubleLine Total Return Bond Fund Class I (DBLTX) | A | Dividend | J | T | | | | | |
| 24. - Templeton Global Bond Fund Class A (TPICZ) | A | Dividend | | | Sold | 05/25/16 | J | | |
| 25. - Vanguard Intermediate-Term Investment-Grade Fund (VFICX) | A | Dividend | J | T | | | | | |
| 26. - Vanguard Short-Term Investment-Grade Fund Inv Cl (VFSTX) | A | Dividend | J | T | | | | | |
| 27. - Vanguard Total Bond Market Index Fund Admiral (VBTLX) | A | Dividend | J | T | | | | | |
| 28. - DFA Emerging Markets Core Equity Port Inst'l (DFCEX) | A | Dividend | K | T | | | | | |
| 29. - DFA Int'l Small Co Port Inst'l (DFISX) | A | Dividend | J | T | | | | | |
| 30. - DFA Large Cap Int'l Port Inst'l (DFALX) | A | Dividend | K | T | | | | | |
| 31. - DFA US Large Cap Value Port Inst'l (DFLVX) | A | Dividend | K | T | | | | | |
| 32. - DFA US Small Cap Port Inst'l (DFSTX) | A | Dividend | J | T | Sold (part) | 03/09/16 | J | | |
| 33. - iShares Core S&P 500 ETF Index (IVV) | B | Dividend | L | T | Buy (add'l) | 03/09/16 | J | | |
| 34. - iShares Russell Mid-Cap ETF (IWR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - iShares Russell Mid-Cap Value ETF (IWS) | A | Dividend | J | T | | | | | |
| 36. - WisdomTree SmallCap Dividend Fund (DES) | A | Dividend | J | T | | | | | |
| 37. - Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | J | T | | | | | |
| 38. - DFA International Value I Fund (DFIVX) | A | Dividend | J | T | | | | | |
| 39. - Guggenheim Bullet 2021 Corp Bd ETF (BSCL) | A | Dividend | J | T | | | | | |
| 40. - Henderson Strategic Income Class I (HFAIX) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 41. - Neuberger Berman High Income Bond Inst. (NHILX) | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 42. Schwab Rollover IRA #2 (H) | | | | | | | | | |
| 43. - Schwab Government Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 44. - iShares Core S&P 500 ETF Index (IVV) | A | Dividend | K | T | | | | | |
| 45. - iShares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | Buy (add'l) | 03/09/16 | J | | |
| 46. - iShares Russell Mid-Cap ETF (IWR) | A | Dividend | J | T | | | | | |
| 47. - iShares 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | J | T | | | | | |
| 48. - iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 49. - iShares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | | | | | |
| 50. - iShares iBoxx $ High Yield Corporate Bond ETF (HYG) | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 51. - Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy (add'l) | 03/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 53.  - Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 54.  - Vanguard Intermediate Term Corporate ETF (VCIT) | A | Dividend | J | T | | | | | |
| 55.  Schwab Investment Account (H) | | | | | | | | | |
| 56.  - Schwab Municipal Money Fund (SWXXX) | A | Dividend | J | T | | | | | |
| 57.  - iShares Core US Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 58.  - iShares Russell 3000 ETF (IWV) | A | Dividend | J | T | | | | | |
| 59.  - iShares MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 60.  Fidelity IRA #1 (H) | | | | | | | | | |
| 61.  - Fidelity Govt Money Market (SPAXX) | | | | | Sold | 03/11/16 | J | | |
| 62.  - Fidelity Small Cap Enhanced Index Fund (FCPEX) | | | | | Sold | 03/15/16 | J | | |
| 63.  - Fidelity Growth & Income (FGRIX) | | | | | Sold | 03/15/16 | L | | |
| 64.  - Fidelity Blue Chip Growth | A | Dividend | J | T | Sold (part) | 03/16/16 | J | A | |
| 65. | | | | | Sold (part) | 10/28/16 | J | A | |
| 66.  - Fidelity Ltd Term Bond Fund | A | Dividend | | | Sold | 03/15/16 | J | A | |
| 67.  - Fidelity Short Term Bond Fund (FSHBX) | A | Dividend | J | T | Sold (part) | 03/16/16 | K | A | |
| 68. | | | | | Buy (add'l) | 09/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/28/16 | J | A | |
| 70. | | | | | Sold (part) | 11/02/16 | J | A | |
| 71.  - Fidelity Total Bond (FTBFX) | A | Dividend | K | T | Sold (part) | 03/16/16 | L | B | |
| 72. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 73. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 74. | | | | | Sold (part) | 10/28/16 | J | A | |
| 75. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 76. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 77.  - Fidelity Advisor Stock Selectr Mid Cap Cl I (FMCCX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 78. | | | | | Sold (part) | 10/28/16 | J | A | |
| 79. | | | | | Sold (part) | 12/07/16 | J | A | |
| 80.  - Fidelity Emerging Markets (FEMKX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 81. | | | | | Sold (part) | 10/28/16 | J | A | |
| 82. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 83.  - Fidelity Stock Selector Small Cap (FDSCX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 84. | | | | | Sold (part) | 10/28/16 | J | A | |
| 85. | | | | | Sold (part) | 12/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity Large Cap Value Enhanced Index (FLVEX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 87. | | | | | Sold (part) | 07/22/16 | J | A | |
| 88. | | | | | Sold (part) | 10/28/16 | J | A | |
| 89. | | | | | Sold (part) | 12/07/16 | J | A | |
| 90. - Fidelity Stock Selector All Cap Fund (FDSSX) | A | Dividend | K | T | Buy | 03/16/16 | K | | |
| 91. | | | | | Sold (part) | 07/22/16 | J | A | |
| 92. | | | | | Sold (part) | 10/28/16 | J | A | |
| 93. | | | | | Sold (part) | 12/07/16 | J | A | |
| 94. - Fidelity Contrafund (FCNTX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 95. | | | | | Sold (part) | 10/28/16 | J | A | |
| 96. - Fidelity Equity Income (FEQIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 97. | | | | | Sold (part) | 10/28/16 | J | A | |
| 98. | | | | | Sold (part) | 12/07/16 | J | A | |
| 99. - Fidelity Mega Cap Stock Fund (FGRTX) | A | Dividend | K | T | Buy | 03/16/16 | K | | |
| 100. | | | | | Sold (part) | 07/22/16 | J | A | |
| 101. | | | | | Sold (part) | 10/28/16 | J | A | |
| 102. | | | | | Sold (part) | 12/07/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 10 of 19

**Name of Person Reporting**

Wolski, Victor J.

**Date of Report**

05/15/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Fidelity Growth Co. (FDGRX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 104. | | | | | Sold (part) | 10/28/16 | J | A | |
| 105. | | | | | Sold (part) | 12/07/16 | J | A | |
| 106.  - Fidelity Low Priced Stock (FLPSX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 107. | | | | | Sold (part) | 10/28/16 | J | A | |
| 108. | | | | | Sold (part) | 12/07/16 | J | A | |
| 109.  - Fidelity Value Discovery (FVDFX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 110. | | | | | Sold (part) | 10/28/16 | J | A | |
| 111.  - Strategic Advisers Intl II Fund (FUSIX) | A | Dividend | K | T | Buy | 03/16/16 | K | | |
| 112. | | | | | Sold (part) | 05/11/16 | J | A | |
| 113. | | | | | Sold (part) | 09/08/16 | J | A | |
| 114. | | | | | Sold (part) | 10/28/16 | J | A | |
| 115. | | | | | Sold (part) | 12/07/16 | J | A | |
| 116.  - Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 118. | | | | | Sold (part) | 09/08/16 | J | A | |
| 119. | | | | | Sold (part) | 10/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 11 of 19

**Name of Person Reporting**

Wolski, Victor J.

**Date of Report**

05/15/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 121. | | | | | Sold (part) | 10/28/16 | J | A | |
| 122. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 123. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 124. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 125. | | | | | Sold (part) | 10/28/16 | J | A | |
| 126. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 127. - Fidelity SAI U.S. Quality Index Fund (FUQIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 128. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 129. | | | | | Sold (part) | 10/28/16 | J | A | |
| 130. - Fidelity Small Cap Value (FCPVX) | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 131. - Fidelity Select Natl Resources (FNARX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 132. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 133. | | | | | Sold (part) | 10/28/16 | J | A | |
| 134. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 135. | | | | | Sold (part) | 12/07/16 | J | A | |
| 136. - Fidelity Value (FDVLX) | A | Dividend | | | Buy | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 19

**Name of Person Reporting**

Wolski, Victor J.

**Date of Report**

05/15/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/22/16 | J | A | |
| 138. - Fidelity Advisor High Income Cl I (FHNIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 139. | | | | | Sold (part) | 10/06/16 | J | A | |
| 140. | | | | | Sold (part) | 10/28/16 | J | A | |
| 141. - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 142. | | | | | Sold (part) | 10/28/16 | J | A | |
| 143. | | | | | Sold (part) | 12/07/16 | J | A | |
| 144. - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 145. | | | | | Sold (part) | 10/28/16 | J | A | |
| 146. | | | | | Sold (part) | 12/07/16 | J | A | |
| 147. - Fidelity Capital & Income (FAGIX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 148. | | | | | Sold (part) | 07/22/16 | J | A | |
| 149. | | | | | Sold (part) | 10/28/16 | J | A | |
| 150. | | | | | Sold (part) | 12/07/16 | J | A | |
| 151. - Fidelity Investment Grade (FBNDX) | A | Dividend | K | T | Buy | 03/16/16 | K | | |
| 152. | | | | | Sold (part) | 10/28/16 | J | A | |
| 153. | | | | | Buy (add'l) | 11/02/16 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 155. - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 156. | | | | | Sold (part) | 10/28/16 | J | A | |
| 157. | | | | | Sold (part) | 11/02/16 | J | A | |
| 158. - Fidelity Inflation-Protected Bd Index Instl Prem (FIPDX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 159. | | | | | Sold (part) | 10/28/16 | J | A | |
| 160. | | | | | Sold (part) | 12/07/16 | J | A | |
| 161. - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 162. | | | | | Sold (part) | 05/24/16 | J | A | |
| 163. | | | | | Sold (part) | 08/16/16 | J | A | |
| 164. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 165. | | | | | Sold (part) | 10/28/16 | J | A | |
| 166. | | | | | Sold (part) | 12/28/16 | J | A | |
| 167. Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 168. - Fid Advisor Stock Selectr Mid Cap Cl I (FMCCX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 169. - Fidelity Emerging Markets (FEMKX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 170. | | | | | Buy (add'l) | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Fidelity Stock Selector Small Cap (FDSCX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 172. - Fid Large Cap Value Enhanced Index (FLVEX) | A | Dividend | K | T | Buy | 04/13/16 | K | | |
| 173. | | | | | Sold (part) | 12/07/16 | J | A | |
| 174. - Fidelity Stock Selector All Cap Fd (FDSSX) | A | Dividend | K | T | Buy | 04/13/16 | K | | |
| 175. | | | | | Sold (part) | 05/11/16 | J | A | |
| 176. | | | | | Sold (part) | 07/22/16 | J | A | |
| 177. | | | | | Sold (part) | 12/07/16 | J | A | |
| 178. - Fidelity Contrafund (FCNTX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 179. - Fidelity Equity Income (FEQIX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 180. | | | | | Sold (part) | 11/02/16 | J | A | |
| 181. - Fidelity Mega Cap Stock Fund (FGRTX) | A | Dividend | K | T | Buy | 04/13/16 | K | | |
| 182. | | | | | Sold (part) | 07/22/16 | J | A | |
| 183. - Fidelity Growth Co. (FDGRX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 184. | | | | | Sold (part) | 09/08/16 | J | A | |
| 185. - Fidelity Low Priced Stock (FLPSX) | A | Dividend | K | T | Buy | 04/13/16 | J | | |
| 186. - Fidelity Value Discovery (FVDFX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 187. - Strategic Advisers Intl II Fund (FUSIX) | A | Dividend | K | T | Buy | 04/13/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 05/11/16 | J | A | |
| 189. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 190. | | | | | Sold (part) | 09/08/16 | J | A | |
| 191. | | | | | Sold (part) | 11/02/16 | J | A | |
| 192. - Fidelity SAI U.S. Large Cap Index (FLCPX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 193. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 194. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 195. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 196. - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 197. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 198. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 199. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 200. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 201. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 202. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 203. - Fidelity SAI U.S. Quality Index Fund (FUQIX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 204. | | | | | Buy (add'l) | 07/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Fidelity Blue Chip Growth (FBGRX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 206. | | | | | Sold (part) | 11/02/16 | J | A | |
| 207. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 208. - Fidelity Small Cap Value (FCPVX) | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 209. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 210. - Fidelity Select Natural Resources (FNARX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 211. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 212. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 213. - Fidelity Value (FDVLX) | A | Dividend | | | Buy | 04/13/16 | J | | |
| 214. | | | | | Sold | 07/22/16 | J | A | |
| 215. - Fidelity Advisor High Income Adv Cl I (FAHCX) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 216. | | | | | Sold (part) | 07/22/16 | J | A | |
| 217. - Fidelity Inflat-Prot Bd Index Instl Prem (FIPDX) | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 218. - Fidelity Total Bond (FTBFX) | A | Dividend | J | T | Buy | 04/13/16 | K | | |
| 219. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 220. | | | | | Sold (part) | 08/16/16 | J | A | |
| 221. | | | | | Buy (add'l) | 09/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 11/02/16 | J | A | |
| 223. | | | | | Sold (part) | 12/07/16 | J | A | |
| 224. | | | | | Sold (part) | 12/28/16 | J | A | |
| 225.  - Fidelity Inflation Protected Bond (FTBFX) | A | Dividend | | | Buy | 04/13/16 | J | | |
| 226. | | | | | Sold | 12/07/16 | J | A | |
| 227.  Synchrony Jumbo CD | A | Interest | | | Sold | 06/20/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments in Part VII are now grouped by investment account, to facilitate future reporting. They have been reported in the same order as far as possible.

Part VII, Line 27: Previous reports inaccurately listed the class as VBTSX (line 10 in 2015), but should be VBTLX.

Part VII: Some funds which were previously reported in the aggregate are now reported under separate accounts. Last report's line 5 is now lines 22 and 43; last report's line 17 is now lines 33 and 44; last report's line 19 is now lines 34 and 46.

Part VII: The cash account listed on line 4 was reported on line 3 in previous year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544